## The People of the State of Illinois, Defendant in Error, v. Emilio Canutto, Plaintiff in Error.

### (Not to be reported in full.)

Error to the Circuit Court of Christian county; the Hon. ALBERT M. ROSE, Judge, presiding. Heard in this court at the April term, 1915. Affirmed. Opinion filed October 13, 1915.

### Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Emilio Canutto, defendant, for selling liquor in anti-saloon territory. From a judgment of conviction, defendant brings writ of error.

J. E. HOGAN, for plaintiff in error.

HARRY B. HERSHEY, for defendant in error.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 883*—*when necessary that abstract contain all given instructions.* A court of review will not consider assignments of error based on the rulings of the trial court upon instructions unless all the given instructions are incorporated in the abstract.

2. INTOXICATING LIQUORS, § 5*—*what are towns under Local Option Act.* Towns are political subdivisions of the State under the Local Option Act (J. & A. ¶ 4637 et seq.).

3. ELECTIONS, § 54*—*when women may vote.* Women may vote on all questions of public policy concerning which there is no constitutional prohibition and which are submitted to the people to determine by popular vote under the acts of the Legislature.

4. INTOXICATING LIQUORS, § 5*—*validity of Local Option Act.* In passing the Local Option Act (J. & A. ¶ 4637 et seq.), including the right to submit to popular vote what shall be dry territory, the Legislature was not limited by any constitutional provisions, but was supreme.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.